UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KENNETH A. DYER, JR. , MICHAEL A.
HILL, ROBERT P. ANDERSON,
JOSEPH T. ALLEN, COREY W.
BOWERS, CALVIN A. WILLIAMS,
TAVAREN D. LATIMER, RICKY R.
MCGEE, PATRICK B. MINOR,
ANDREW TOMLIN and JOHNNY L.
WALTERS,

        Plaintiffs,

v.           Case No:  6:15-cv-1512-Orl-40TBS

M&M ASPHALT MAINTENANCE INC.,
ALL COUNTY PAVING, INC., JEFFREY
COHEN, KENNETH GOLDBERG and
DAVID GOLDBERG,

        Defendants.
_____/

## **ORDER**

This cause is before the Court following the parties' responses to United States Magistrate Judge Smith's November 30, 3015 Order directing the parties to advise the Court in writing whether this case ("Dyer I") and <u>Kenneth Dyer, et al. v. M&M Asphalt Maintenance, Inc., All County Paving, Inc., Jeffrey Cohen, Kenneth Goldberg and David Goldberg</u>, Case No. 6:15-cv-959-Orl-37KRS ("Dyer II") should be consolidated (Doc. 23). The United States Magistrate Judge has submitted a report recommending that the cases be consolidated through the end of the discovery period.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed April 7, 2016 (Doc. 46), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The cases **SHALL** be consolidated through the conclusion of discovery.

3. All subsequent filing **SHALL** be made in **BOTH** this case and <u>Dyer v. M&M Asphalt Maintenance</u>, Case No. 6:15-cv-959-Orl-37KRS.

**DONE AND ORDERED** in Orlando, Florida on May 2, 2016.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties